## UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

April 28, 2008

**Re:**  <u>Dominion Cove Point LNG, L.P. v. 5.1426 Acres of Land More or Less in Charles County, Maryland</u>, AW-08-807

Dear Counsel:

     This Letter Order establishes a schedule for this case and provides certain instructions relating to your pre-hearing preparation.

**Schedule**

| | |
|---|---|
| Exchange of Expert Reports | **May 30, 2008** |
| Close of discovery (non-expert) | **June 30, 2008** |
| Exchange of Expert Rebuttal Reports | **July 14, 2008** |
| Close of All Expert Discovery | **July 28, 2008** |
| Deadline for Dispositive Motions | **August 25, 2008** |
| Pretrial Order | **September 26, 2008** |

**Status Reports**

     The parties will provide to the Court a joint status report 90 days from the date of this Scheduling Order and on expiration of each subsequent 90 days. The status report shall address (a) whether discovery has been completed, (b) whether any motions are pending, (c) whether any party intends to file a dispositive pretrial motion, (d) the status of settlement negotiations, and (e) any other matter any party believes should be brought to the court's attention.

**The Guaranteeing Witness Availability**

     Absent emergency circumstances, a party will guarantee the presence at the hearing of any witness that party lists in the pretrial order, in accordance with Local Rule 106.2.i., as "expecting to present" at the hearing.

**Disclosure of Opinions of Expert Witnesses**

In addition to the information required by Local Rule 106.2.j, the pretrial order shall include for each party a concise summary of the opinion testimony expected from each witness identified by that party pursuant to Fed. R. Civ. P. 26(a)(2)(A) and (B) who may testify at the hearing. The parties shall identify those witnesses designated pursuant to Rule 26(a)(2)(A) separately from those designated pursuant to Rule 26(a)(2)(B).

**Exhibits**

Please be prepared to advise me at the pretrial conference if there are any objections to the documents and exhibits listed in the pretrial order in accordance with Local Rule 106.2.h. Any objections not disclosed at that time, other than objections under Fed. R. Evid. 401 and 403, shall be deemed waived at trial, unless excused for good cause shown.

All exhibits must be tagged and numbered prior to trial in accordance with Local Rule 106.7.a. You must meet with one another prior to trial to review and make available for copying one another's exhibits in accordance with Local Rule 106.7.b.

**Use of Courtroom Equipment**

Please be prepared to advise me at the conference if you would like to use at trial any courtroom equipment. The court has available for your use VCRs and monitors, and electronic evidence presentation systems. The electronic evidence presentation systems may be reserved on a first come, first served basis in cases which are expected to last longer than one week and involve numerous documents.

                                            Very truly yours,

                                            /s/

                                            William Connelly
                                            United States Magistrate Judge

cc:  Court File